IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL HICKEY,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:22-00159-N<br>) |
| STATE FARM FIRE AND<br>CASUALTY COMPANY,<br>    Defendant. | )<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Michael Hickey's action be **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 6th day of February 2024.

                                           */s/ Katherine P. Nelson*
                                           **KATHERINE P. NELSON**
                                           **UNITED STATES MAGISTRATE JUDGE**